## STATE v. JOSEPH JARVIS.

Court of Quarter Sessions.

*Rodney's Notes.*

*Ridgely* [for State]. *Miller, Fisher* [for defendant].

Abram Freeman for James Morris. Merritt was sold in March, 1790, for seven years, or till twenty-one, which makes the term of his servitude end in March, 1797.

*Miller* proposed to give in evidence to the jury that defendant did not know the Negro was free. The Court would not permit such evidence to be given except in mitigation of the fine.

Fined four dollars.